United States District Court
Southern District of Texas
**ENTERED**
July 11, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CURTIS HESTOR, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | Civil Action No.: 4:21-CV-02790 |
| § | |
| HAZA FOODS, LLC, § | |
| § | |
| *Defendant.* § | |

## AGREED ORDER OF DISMISSAL

Pending in this Court is the Agreed Motion to Dismiss with Prejudice. After considering the Parties' Motion, the Court GRANTS the Motion and ORDERS the case be dismissed with prejudice. It is FURTHER ORDERED that all costs, including attorney's fees, incurred are taxed to the party who incurred them.

IT IS SO ORDERED.

SIGNED this __11th__ day of July 2022.

HON. JUDGE SIM LAKE
UNITED STATES DISTRICT JUDGE